**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Michael J. Fisher, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Steven Jay Rozan dba Steven Jay Rozan and Associates, | ) | Case No. 1:10-cv-012 |
| | ) | |
| Defendant. | ) | |

On March 25, 2010, Defendant Steven Hay Rozan filed a with this court a notice of bankruptcy, which stated as follows:

> Defendant Steve Jay Rozan filed for protection under Chapter 13 of the United States Bankruptcy Code on August 6, 2007, under Bankruptcy Case No. 07-35318-H5-13, which was converted to a case under Chapter 7 on February 3, 2010, styled In Re: Steven Jay Rozan, in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

(Docket No. 4)

Defendant requests that this action be stayed pursuant to this U.S. Bankruptcy Code. The court grants Defendant's request. The above-entitled action shall be stayed pending further order of this court.

**IT IS SO ORDERED.**

Dated this 2nd day of April, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge